```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shael Cruz, individually, and on behalf of all others similarly situated,

       Plaintiff,

 -against-

Vinolio Exports and Imports, LLC,

       Defendant.

1:21-cv-09965 (PAE) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a telephone conference on Thursday, March 3, 2022 at 2:30 p.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Prior to the conference Plaintiff's counsel shall file proof of service, if any.

**SO ORDERED.**

DATED:  New York, New York
      February 24, 2022

            */s/ Stewart D. Aaron*
            _____
            STEWART D. AARON
            United States Magistrate Judge